IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONNIE JAMES,                   :

    Petitioner,             :

v.                              :
                                              CIVIL ACTION 05-0664-BH-M

KENNETH L. JONES,               :

    Respondent.             :

ORDER

    After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Court concludes that the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is due to be adopted as the opinion of this Court.

    The Court specifically notes that petitioner does not take issue with the fact that his petition contains both exhausted and unexhausted claims.  Instead, petitioner seeks to have this Court stay its consideration of his habeas petition until all claims are properly exhausted rather than dismiss the action without prejudice.  The petitioner does so in order that he not run afoul of the one-year statute of limitation set forth in the Antiterrorist and Effective

Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. 2244(d)(1). Upon consideration of this matter, however, the Court concludes that such a stay would inappropriately circumvent the AEDPA. To the extent any post-exhaustion petition filed by the petitioner is challenged on limitation grounds, the Court would be at liberty to apply equitable tolling standards.

It is therefore **ORDERED** that the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) be and is hereby adopted as the opinion of this Court and that this action be **DISMISSED without prejudice** as Petitioner has filed a mixed petition and needs to pursue unexhausted remedies in the State Courts.

**DONE** this 4th day of April, 2006.

                                                     s/ W. B. Hand
                                               SENIOR DISTRICT JUDGE