IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONNIE JAMES, | : |
|     Petitioner, | : |
| v. | : |
| KENNETH L. JONES, | :    CIVIL ACTION 05-0664-BH-M |
|     Respondent. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED without prejudice** to allow Petitioner to pursue unexhausted remedies in the State Courts.

**DONE** this 4th day of April, 2006.

                                              s/ W. B. Hand
                                      SENIOR DISTRICT JUDGE